[Doc. No. 16]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APS CONTRACTING, INC., et al.,<br><br>Defendants. | Civil No. 11-779-KMW |

**ORDER**

THIS MATTER having come before the Court by way of motion of Plaintiff Cardinal Contracting Company, LLC ("Plaintiff"), seeking final judgment by default against Defendant A.C.C. Construction, Limited Liability Company ("ACC") pursuant to FED. R. CIV. P. 55(b)(2) and leave to file an amended pleading pursuant to FED. R. CIV. P. 15(a); and the Court having considered the moving papers; and there being no opposition thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment [Doc. No. 16] against Defendant ACC is **GRANTED** and judgment is entered in favor of Plaintiff against Defendant ACC.

**IT IS FURTHER ORDERED THAT** Plaintiff file an affidavit supplementing Plaintiff's submissions regarding damages sought from Defendant ACC within fourteen (14) days of the date of this Order.

**IT IS FURTHER ORDERED THAT** Plaintiff's motion for leave to file an amended pleading [Doc. No. 16] is hereby **DENIED.**

                                                          s/ Karen M. Williams

                                                          KAREN M. WILLIAMS  
                                                          United States Magistrate Judge

cc:  Hon. Joseph H. Rodriguez